1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5  mike@righettilaw.com

6  Attorney for Plaintiff
   Tom Bauser

7
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
8  GINA GUARIENTI COOK (Cal. State Bar No. 245611)
   ELIZABETH A. DORSI (Cal. State Bar No. 282285)PAUL
9  HASTINGS LLP
   55 Second Street, 24th Floor
10 San Francisco, California  94105-3441
   Telephone:  (415) 856-7000
11 Facsimile:  (415) 856-7100
   jeffwohl@paulhastings.com
12 ginacook@paulhastings.com
   elizabethdorsi@paulhastings.com
13 Attorneys for Defendant
   Rite Aid Corporation

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  TOM BAUSER, | No. 2:14-CV-01946-JAM-EFB |
| 19           Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| 20      vs. | |
| 21  RITE AID CORPORATION, | Judge:    Hon. John A. Mendez |
| 22           Defendant. | |

1  
2       Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated
3  Protective Order.
4       Dated:  February 5, 2016.

                                    /s/ John A. Mendez
                                    United States District Judge
                                    John A. Mendez