1  (*Counsel of record listed on next page*)

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  KEITH WELDAY, an individual              No. 2:13-CV-02439 JAM-EFB

12                                           *Related to Nos.*
                       Plaintiff,            2:14-CV-01946 JAM-EFB;
13                                           2:14-CV-01957 JAM-EFB;
                                             2:14-CV-01960 JAM-EFB;
14         vs.                               2:14-CV-01961 JAM-EFB;
                                             2:14-CV-01963 JAM-EFB;
15  RITE AID CORPORATION, and DOES 1         2:14-CV-01965 JAM-EFB;
    through 50, inclusive,                   2:15-CV-00429 JAM-EFB;
16                                           2:15-CV-00622 JAM-EFB;
                                             2:15-CV-00623 JAM-EFB;
17                     Defendants            2:15-CV-02150 JAM-EFB;
                                             1:15-CV-01721 JAM-EFB;
18                                           2:15-CV-02396 JAM-EFB;
                                             1:15-CV-01748 JAM-EFB;
19                                           2:15-CV-02597 JAM-EFB;
                                             1:15-CV-01872 JAM-EFB;
20                                           1:15-CV-01874 JAM-EFB;
                                             2:15-CV-02594 JAM-EFB;
21                                           2:16-CV-00174 JAM-EFB;
                                             2:16-CV-00211 JAM-EFB.
22
                                             **ORDER GRANTING STIPULATION TO**
23                                           **CONTINUE MAY 18, 2016 STATUS**
                                             **CONFERENCE TO MAY 25, 2016**
24
                                             Judge:          Hon. John A. Mendez
25

26

27

28

1    MATTHEW RIGHETTI (Cal. State Bar No. 121012)
     JOHN GLUGOSKI (Cal. State Bar No. 191551)
2    MICHAEL RIGHETTI (Cal. State Bar No. 258541)
     RIGHETTI GLUGOSKI, P.C.
3    456 Montgomery Street, Suite 1400
     San Francisco, California 94104
4    Telephone:    (415) 983-0900
     Facsimile:    (415) 397-9005
5    matt@righettilaw.com
     john@righettilaw.com
6    mike@righettilaw.com

7    Attorneys for Plaintiffs

8    JEFFREY D. WOHL (Cal. State Bar No. 096838)
     JUSTIN M. SCOTT (Cal. State Bar No. 302502)
9    PAUL HASTINGS LLP
     55 Second Street, 24th Floor
10   San Francisco, California 94105-3441
     Telephone:    (415) 856-7000
11   Facsimile:    (415) 856-7100
     jeffwohl@paulhastings.com
12   justinscott@paulhastings.com

13   Attorneys for Defendant
     Rite Aid Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 85736682.1

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the status conference in these related actions is continued to May 25, 2016, at 9:30 a.m.  The parties shall file a single joint status report no later than May 18, 2016.

Dated:  May 4, 2016

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1