UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual, | Case No. 2:13-CV-02439 JAM-EFB |
| Plaintiffs, | **ORDER** |
| v. | Related to Nos.:<br>2:14-CV-01946 JAM-EFB<br>2:14-CV—01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV—01965 JAM-EFB<br>1:15-CV-01721 JAM-EFB |
| Defendants. | 1:15-CV-01748 JAM-EFB<br>1:15-CV-01872 JAM-EFB<br>1:15-CV-01874 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>2:15-CV-02396 JAM-EFB<br>2:15-CV-02594 JAM-EFB<br>2:15-CV-02597 JAM-EFB<br>2:16-CV-00174 JAM-EFB<br>2:16-CV-00211 JAM-EFB<br>2:16-CV-01028 JAM-EFB |

   Rite Aid Corporation's objections to the Court's June 9, 2016 Status Order (Doc #47-Case #14-cv-1961) are overruled.

   IT IS SO ORDERED.

Dated: June 21, 2016.

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1