1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Tom Bauser

7  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  CAITLIN M. WANG (Cal. State Bar No. 311901)
   PAUL HASTINGS LLP
9  101 California Street, 48th Floor
   San Francisco, California 94111
10 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
11 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
12 caitlinmarianwang@paulhastings.com

13 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50 inclusive,<br><br>　　　　　　Defendants. | No. 2:14-CV-01946-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:　　　　　Hon. John A. Mendez<br><br>Complaint Filed:　August 29, 2013<br>Trial Date:　　　None Set |

Plaintiff Tom Bauser and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: August 10, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff
Tom Bauser

Dated: August 10, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
CAITLIN M. WANG
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Tom Bauser

7  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  CAITLIN M. WANG (Cal. State Bar No. 311901)
   PAUL HASTINGS LLP
9  101 California Street, 48th Floor
   San Francisco, California 94111
10 Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
11 jeffwohl@paulhastings.com
   justinscott@paulhastings.com
12 caitlinmarianwang@paulhastings.com

13 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER,<br><br>           Plaintiff,<br><br>     vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>           Defendants. | No. 2:14-CV-01946-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:             Hon. John A. Mendez<br><br>Complaint Filed:  August 29, 2013<br>Trial Date:       None Set |

1     Pursuant to the stipulation of the parties, and good cause appearing therefor,

2     IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 8/14/2017                    /s/ John A. Mendez_____
                                                     Hon. John A. Mendez
                                                     United States District Court Judge

LEGAL_US_W # 90836343.1